167 A.3d 648

BEZALEL GROSSBERGER, PLAINTIFF–PETITIONER,
v. CAMDEN MUNICIPAL COURT, DEFENDANT–
RESPONDENT.

May 5, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005533–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.